NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RONALD E. GRUBBS,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7099

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-3465, Judge Alan G. Lance, Sr.

---

## ON MOTION

---

Before NEWMAN, SCHALL, and DYK, *Circuit Judges.*

PER CURIAM.

## O R D E R

Ronald E. Grubbs moves for reconsideration of the court's order dismissing his appeal for lack of jurisdiction.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

__NOV 1 4 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Ronald E. Grubbs
     Michael D. Austin, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 1 4 2011

JAN HORBALY
CLERK